IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LISA LAIRSON; RONNIE NIXON;
and ALLIE NIXON                                              PLAINTIFFS

v.                          No. 3:14-cv-274-DPM

MARK WOOTEN, Pawnshop Owner                                  DEFENDANT

## JUDGMENT

The Court dismisses Plaintiffs' complaint without prejudice for want of subject-matter jurisdiction.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 December 2014